# EXHIBIT B

# CONWAY STORES INC
# METRO BUYING GROUP LLC

*Timing*

Corporate Offices:    39 West 37th Street, 3RD Floor  New York, NY 10018       Phone: 212-967-5300     Fax: 212-967-6740

Attached please find the following two documents that will complete the restructuring of the amounts owed you by Conway Stores or Metro Buying Group:
- Settlement Agreement
- Assignment

These two documents work together to accomplish the transaction originally proposed to you. **Step 1** is to sign the Settlement Agreement which reduces the amount to be paid to you and defines the schedule for paying to you the reduced amount. **Step 2** is to sign the Assignment which assigns the Conway/Metro Buying Group obligation to CPD which will be guaranteed by National Stores Inc. Payments under the Settlement Agreement will begin within 60 days of the entire transaction closing.

If they meet with your approval, please sign both documents (and have your signatures notarized) and then return as soon as possible via email to exhibita2014@gmail.com. After your signature pages are received the final signatures will be added and the fully executed documents will be returned to you via email.

Thank you for your timely attention to this.  Your patience and support through this process is appreciated.

## SETTLEMENT AGREEMENT

THIS SETTLEMENT AGREEMENT (this "Agreement"), is dated as of March __, 2014, by and among *The Timing Guel* ("Claimant"), Conway Stores, Inc. and Metro Buying Group LLC (collectively "Conway"). Claimant and Conway are hereinafter collectively referred to as the "Parties."

IN CONSIDERATION OF TEN ($10.00) DOLLARS and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

1) The Parties acknowledge that Claimant has a claim against Conway in the total amount of $ *1,250,000* (the "Claim").

2) For good and valuable consideration, in lieu of the amount which Claimant is owed, Claimant hereby agrees to accept the reduced sum of $ *625,000* in full satisfaction of its claim, which reduced sum shall be payable in *24* equal monthly installments. Said equal monthly installments shall commence on or before the date which is 60 days after the date hereof.

3) Upon payment in full to Claimant as provided herein, Claimant and each of its successors and assigns does hereby absolutely, irrevocably and forever release, discharge and acquit Conway, its partners and affiliated entities and its respective past and present officers, directors, shareholders, agents, contractors, employees, partners, attorneys and legal representatives, and their respective predecessors, successors, heirs, and assigns, and each of them (collectively, the "Released Parties"), of and from any and all "Claims" and "Liabilities" (as defined below). For purposes of this Release, "Claims" and "Liabilities" shall mean any and all claims, suits, demands, obligations, duties, liabilities, indebtedness, breaches of contract, breaches of duty or any relationship, acts, omissions, misfeasance, malfeasance, cause or causes of action, debts, sums of money, accounts, compensations, contracts, controversies, promises, damages, costs, losses and expenses, losses and remedies therefor, chooses in action, rights of indemnity or liability of any type, kind, nature, description or character whatsoever, and irrespective of how, why or by reason of what facts, of every type, kind, nature, description or character, and irrespective of how, why, or by reason of what facts, whether heretofore, now existing or hereafter arising, or which could, might, or may be claimed to exist, of whatever kind or name, whether known or unknown, suspected or unsuspected, fixed or contingent, liquidated or unliquidated, each as though fully set forth herein at length. Claimant hereby understands and acknowledges the significance and consequences of such release and specific waivers and has been advised by independent legal counsel concerning the same.

4) If the Claimant is California based, the undersigned creditors, and each of them, intend and agree that this Agreement will be subject to, governed by, and enforced and construed pursuant to the laws of the State of California. Each of the undersigned creditor expressly waives, to the fullest extent permitted by law, the provisions and benefits of §1542 of the California Civil Code, which statute provides:

1

"A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

5)    Claimant represents and warrants that Claimant has the authority to sign and effectuate this Agreement and acknowledges that, as of the date hereof, and Claimant upon execution of this Agreement shall possess no further right, title and interest in any of the Claim except to the extent of 1(c) hereof.

6)    Claimant hereby agrees, represents and warrants that it has had advice of counsel of its own choosing in negotiations for and the preparation of this Agreement, that it has read this Agreement or has had the same read to it by its counsel, that it has had this Agreement fully explained by such counsel, and that Claimant is fully aware of its contents and legal effect

7)    This Agreement shall be governed by and construed in accordance with the laws of the State of New York.

8)    This Agreement may be executed in multiple counterparts and all such executed counterparts shall constitute one original agreement between and among the parties hereto the same extent as though all signatures had appeared on one original.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK.]

IN WITNESS WHEREOF, the Parties have signed this Agreement as of the date first set forth above.

CONWAY STORES, INC.

By: _____

METRO BUYING GROUP LLC

By: _____

<CLAIMANT>

By: _____

3

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF            )

On this day of _March 26_ in the year 2014 before me, the undersigned, a Notary Public in and for the State, personally appeared _Aly Lahu_, personally known to me on the basis of satisfactory evidence to be the individual (s) whose name (s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity (ies), and that by his/her/their signature (s) on the instrument the individual (s), or the person on behalf of which the individual (s) acted, executed the instrument.

_Ruthy Vegh Kislak_
Notary Public

RUTHY VEGH KISLAK
NOTARY PUBLIC, State of New York
No. 01KI6064036
Qualified in Kings County
Commission Expires 09-17-20 _17_

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF            )

On this day of _March 26_ in the year 2014 before me, the undersigned, a Notary Public in and for the State, personally appeared _Aly Chu_ personally known to me on the basis of satisfactory evidence to be the individual (s) whose name (s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity (ies), and that by his/her/their signature (s) on the instrument the individual (s), or the person on behalf of which the individual (s) acted, executed the instrument.

_Ruthy Vegh Kislak_
Notary Public

RUTHY VEGH KISLAK
NOTARY PUBLIC, State of New York
No. 01KI6064036
Qualified in Kings County
Commission Expires 09-17-20 _17_

STATE OF ~~NEW YORK~~ CALIFORNIA )
                                ) ss.:
COUNTY OF Los Angeles           )

On this day of _April 9th, 2014_ in the year 2014 before me, the undersigned, a Notary Public in and for the State, personally appeared _Bo Won Kim_, personally known to me on the basis of satisfactory evidence to be the individual (s) whose name (s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity (ies), and that by his/her/their signature (s) on the instrument the individual (s), or the person on behalf of which the individual (s) acted, executed the instrument.

_Sein +_
Notary Public



SEONG JIN PARK
Commission # 1905525
Notary Public - California
Los Angeles County
My Comm. Expires Sep 25, 2014

4