# EXHIBIT C

## ASSIGNMENT

This AGREEMENT (the "Agreement"), dated as of March __, 2014 (the "Effective Date"); by and among <CLAIMANT> ("Claimant"); **National Stores, Inc.** and **CPD 18 Corp.** as hereinafter defined ("CPD"). CPD and Claimant are hereinafter collectively referred to as the "Parties."

For good and valuable consideration the parties agrees to the terms and conditions as provided for under this Agreement:

1) CPD agrees pursuant to this Agreement to assume and be obligated to pay Claimant $ _625,000 -_  as provided for in the Settlement Agreement annexed hereto as Exhibit "A".

2) This Agreement shall only be effective in the event Southern Island Stores LLC enters into a transaction involving the acquisition of the assets or control of Conway.

3) National Stores, Inc. ("National") has agreed to guarantee the payment hereunder subject to the following conditions: (i) the acquisition in Paragraph "2" is finalized pursuant to a written agreement; (ii) the Guaranty is subordinate in all respects to (a) National's then secured lender(s) and any impositions and restrictions as may be imposed by said lender(s) and shall be subject to any and all restrictions provided under the then secured lender(s) loan agreements with National; and (b) any and all trade debt of National.

4) Claimant acknowledges and agrees that other than the payment provided herein Claimant has no action/claim against CPD, Southern Island Stores LLC and/or National Stores Inc. their members, partners and affiliated entities and their respective past and present officers, directors, shareholders, members, agents, contractors, employees, partners, attorneys and legal representatives, and their respective predecessors, successors, heirs, and assigns, and each of them of any kind or nature relating to the instant claim or the instant transaction.

5) This Agreement shall be governed by and construed in accordance with the laws of the State of New York.

6) This Agreement may be executed in multiple counterparts and all such executed counterparts shall constitute one original Agreement between and among the parties hereto the same extent as though all signatures had appeared on one original.

IN WITNESS WHEREOF, the parties have signed this Agreement by their duly authorized representatives effective March ___, 2014

**CPD 18 Corp.**                                   **<CLAIMANT>**

By:_____          By: _/s/ illegible_____
NAME:                                              NAME: BOWHAN KIM
TITLE:                                              TITLE: PRESIDENT

AS TO PARAGRAPH "3" ONLY
**NATIONAL STORES, INC.**

By:_____
Name:
Title:

STATE OF California )
COUNTY OF Los Angeles ) ss.:

On this day of April 9th _____ in the year 2014 before me, the undersigned, a Notary Public in and for the State, personally appeared Bo Whan Kim, personally known to me on the basis of satisfactory evidence to be the individual (s) whose name (s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity (ies), and that by his/her/their signature (s) on the instrument the individual (s), or the person on behalf of which the individual (s) acted, executed the instrument

_/s/ illegible_____
Notary Public

[Notary Seal: SEONG JIN PARK, Commission # 1905525, Notary Public - California, Los Angeles County, My Comm. Expires Sep 25, 2014]

STATE OF             )
COUNTY OF          ) ss.:

On this day of _____ in the year 2014 before me, the undersigned, a Notary Public in and for the State, personally appeared _____, personally known to me on the basis of satisfactory evidence to be the individual (s) whose name (s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity (ies), and that by his/her/their signature (s) on the instrument the individual (s), or the person on behalf of which the individual (s) acted, executed the instrument.

_____
Notary Public

STATE OF CALIFORNIA)
COUNTY OF            ) ss.:

    On this day of _____ in the year 2013 before me, the undersigned, a Notary Public in and for the State, personally appeared _____ , personally known to me on the basis of satisfactory evidence to be the individual (s) whose name (s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity (ies), and that by his/her/their signature (s) on the instrument the individual (s), or the person on behalf of which the individual (s) acted, executed the instrument.

                                                                                               Notary Public