# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| J&M SALES, INC., *et al.*, | ) | Case No. 18-11801 (JTD) |
| | ) | |
| Debtors. | ) | |
| GEORGE L. MILLER, in His Capacity as | ) | |
| Chapter 7 Trustee for the Jointly Administered | ) | |
| Bankruptcy Estates of J&M Sales Inc., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 20-50775 (JTD) |
| | ) | |
| MICHAEL FALLAS, Individually and as | ) | |
| Trustee of the Michael Fallas Living Trust | ) | |
| Dated 1/19/05, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | **Re: D.I. 107** |

## REQUEST FOR ADDITIONAL BRIEFING

Currently under consideration are the Motions to Dismiss that were the subject of the Joint Notice of Completion of Briefing Regarding Defendants' Motions to Dismiss [D.I. 107] (the "Motions"). To assist me in evaluating the Complaint and the Motions, I am requesting additional briefing from the Trustee, the Conway Creditors, and the Factor Defendants. Specifically, I request briefing on the following question –

> If the Conway Acquisition is determined to not be avoidable, can the Trustee still recover under a theory of constructive fraudulent transfer against the Conway Creditors and Factor Defendants for the payments made to them within the 4-year statute of limitations period?

Each party is limited to ten pages for their opening and answering briefs, the Trustee is limited to five pages in his subsequent response. The parties should follow the usual notice requirements when submitting and docketing their briefs. The Trustee has until June 25th to submit his opening brief. The Conway Creditors and Factor Defendants will have until July 9th to reply. The Trustee will have until July 16th to respond to those replies.

Dated: June 8, 2021

_____
JOHN T. DORSEY, U.S.B.J.