# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
J & M Sales Inc.
    Debtor

Bankruptcy Case No.: 18–11801–JTD

Bankruptcy Chapter: 7

---

George L. Miller

    Plaintiff

    vs.

Fallas et al

    Defendant(s)

Adv. Proc. No.: 20–50775–JTD

## JUDGMENT BY DEFAULT

On 7/12/2021, default was entered against defendant(s) Knitwork Productions II, LLC d/b/a American Attitudes. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

Judgment is entered against defendant(s) Knitwork Productions II, LLC d/b/a American Attitudes in the amount of $403,306.02

In addition, interest is hereby awarded to plaintiff at the rate provided in 28 U.S.C. 1961.

Date: 8/13/21

*Una O'Boyle*

Una O'Boyle, Clerk of Court

(VAN–433a)