# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 8/13/2021 |
| Case: 20−50775−JTD | Form ID: van433a | Total: 8 |

**Recipients of Notice of Electronic Filing:**
pla      George L. Miller      gmiller@mctllp.com
aty      Benjamin M Mather      bmather@kcr−law.com
aty      Janice I. Daul      jdaul@kcr−law.com
aty      Kevin M. Capuzzi      kcapuzzi@beneschlaw.com
aty      Ronald S. Gellert      rgellert@gsbblaw.com
aty      Steven M. Coren      scoren@kcr−law.com

                                                                                                                                                                        TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust      U.S. Trustee      Office of the United States Trustee      J. Caleb Boggs Federal Building      844 King Street, Suite 2207      Lockbox 35      Wilmington, DE 19801
ust      U.S. Trustee      Office of United States Trustee      J. Caleb Boggs Federal Building      844 King Street, Suite 2207      Lockbox 35      Wilmington, DE 19899−0035

                                                                                                                                                                        TOTAL: 2